# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

|   |   |
|---|---|
| 1. JERRY CARTER,<br>2. CLAUDIA CONNER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>1. CSAA FIRE & CASUALTY<br>　　INSURANCE COMPANY<br>　　D/B/A AAA FIRE & CASUALTY<br>　　INSURANCE COMPANY, A Foreign<br>　For Profit Insurance Corporation,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-14-1115-M<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiffs, Jerry Carter and Claudia Conner, and Defendant, CSAA Fire & Casualty Insurance Company d/b/a AAA Fire & Casualty Insurance Company, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. The Plaintiffs hereby dismiss this case, in its entirety, with prejudice.

　　　　　　　　　　　　　　By　　s/ Michael D. McGrew　　　　
　　　　　　　　　　　　　　Michael D. McGrew, OBA #013167
　　　　　　　　　　　　　　MICHAEL D. MCGREW & ASSOCIATES
　　　　　　　　　　　　　　400 N. Walker, Suite 115
　　　　　　　　　　　　　　Oklahoma City, OK 73102
　　　　　　　　　　　　　　Telephone:　(405) 235-9909
　　　　　　　　　　　　　　Facsimile:　(405) 235-9929
　　　　　　　　　　　　　　**COUNSEL FOR PLAINTIFF**

By s/Gregory Nellis
Gregory Nellis, OBA #6609
1500 Park Centre
525 South Main
Tulsa, Oklahoma  74103-4524
Telephone: 918-582-8877
Facsimile:  918-585-8096
*Attorneys for Defendant*